**Form fnldec** (Revised 10/07/2009)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 18–40193　　　　　　　　　　　Chapter: 7

In re:

Desiree Denise Swanson
1027 N 5th
Independence, KS 67301

SSN: xxx–xx–7553

| **Entered By The Court**<br>**6/8/18** | **FINAL DECREE** | **Filed By The Court**<br>**6/8/18**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Robert L Baer is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 12

s/ Janice Miller Karlin
United States Bankruptcy Judge